## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY a Delaware corporation<br><br>**Plaintiff,**<br><br>Vs.<br><br>1,130.867 ACRES, more or less, in Will County, Illinois; EXXONMOBIL OIL CORPORATION; and Unknown Owners<br><br>**Defendants.** | Civil Case No: 13-CV-02165<br><br>**Hon. Harry D. Leinenweber**<br><br>**Magistrate Hon. Geraldine Soat Brown** |

## MOTION TO VACATE ORDER OF DISMISSAL ORDER

NOW COMES the Plaintiff, MIDWEST GAS TRANSMISSION COMPANY, and Defendant, EXXONMOBIL OIL CORPORATION, by and through their respective attorneys, and pursuant to Fed.R.Civ.P. 60(b)(6), jointly move for entry of an agreed order of dismissal, viz:

1. On December 10, 2014, an order of dismissal was entered in this cause pursuant to settlement, a copy of which is attached hereto as Exhibit A;

2. Either party was granted 90 days from the date of the above referenced order to file a motion to vacate the order of dismissal;

3. This condemnation action relates to the relocation of a natural gas pipeline necessitated by a highway expansion project commissioned by the Illinois Department of Transportation (IDOT);

4. IDOT is responsible for the payment of the settlement funds, but due to change in administration approval by IDOT has been delayed;

5. Counsel has been informed that IDOT has approved the settlement, subject only to Attorney General review and approval, which is anticipated within 30 days hereof;

6. As final approval has not been obtained, the parties move to set the attached motion to vacate for a hearing on a date certain.

WHEREFORE, Plaintiff, MIDWEST GAS TRANSMISSION COMPANY and Defendant, EXXONMOBIL OIL CORPORATION, requests that this Honorable Court enter and set for hearing this MOTION TO VACATE, and for any and all such other relief this Court finds to be just, necessary, or proper.

| **MIDWEST GAS TRANSMISSION COMPANY** | **EXXONMOBIL OIL CORPORATION** |
|---|---|
| By:/s/ Jennifer A. Kenedy | By: /s/ Frank P. Andreano |
| Jennifer A. Kenedy<br>Locke Lord LLP<br>Attorneys for Plaintiff:<br>MIDWEST GAS TRANSMISSION COMPANY<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>312-443-0377 Direct<br>jkenedy@lockelord.com | Frank P. Andreano, ARDC 06202756<br>Brumund, Jacobs, Hammel & Davidson LLC.<br>Attorneys for Defendant:<br>EXXONMOBIL OIL CORPORATION<br>58 East Clinton, Ste. 200<br>Joliet, Il 60432<br>(815) 723-0628<br>Fandreano@brumund-jacobs.com |

# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY a Delaware corporation<br><br>Plaintiff,<br><br>Vs.<br><br>1,130.867 ACRES, more or less, in Will County, Illinois; EXXONMOBIL OIL CORPORATION; and Unknown Owners<br><br>Defendants. | Civil Case No: 13-CV-02165<br><br>Hon. Harry D. Leinenweber<br><br>Magistrate Hon. Geraldine Soat Brown |

## ORDER OF DISMISSAL

This matter comes before the Court on joint motion of the parties, and the Court being duly advised it is ordered as follows:

1. Subject only to the below, and all maters in controversy having been resolved, this action is ordered dismissed with prejudice, each party bearing their own costs and fees;

2. Either party shall have ninty (90) days from entry of this Order to file with the Court a motion to vacate this Order of Dismissal, after which period this Order shall become final.

Dated: 12/10/14

ENTER: _____

Hon. Harry D. Leinenweber